IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**MICHAEL R. BROWN,**

    Plaintiff,

vs.                              No. 08-CV-655 MV/ACT

**DUANE CASTLEBERRY, Curry County Magistrate, NEW MEXICO PROBATION & PAROLE,**

    Defendants.

### ORDER

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United State Magistrate Judge. [Doc. No. 22]. Plaintiff did not file any objections.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's "Civil Rights Complaint Pursuant to 42 U.S.C. 1983" removed to Federal Court on July 15, 2008, be dismissed with prejudice.

                                                  _____
                                                  **MARTHA VAZQUEZ**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**